**UNITED STATES of America,**
**Plaintiff-Appellee**

v.

**Gilbert MAURICIO, Defendant-**
**Appellant**

**No. 16-51250**
**Summary Calendar**

United States Court of Appeals,
Fifth Circuit.

Filed July 6, 2017

Joseph H. Gay, Jr., Assistant U.S. At-
torney, U.S. Attorney's Office, Western
District of Texas, San Antonio, TX, for
Plaintiff-Appellee

Gilbert Mauricio, Pro Se

Before JOLLY, SMITH, and GRAVES,
Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed
to represent Gilbert Mauricio has moved
for leave to withdraw and has filed a brief
in accordance with *Anders v. California,*
386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493
(1967), and *United States v. Flores,* 632
F.3d 229 (5th Cir. 2011). Mauricio has not
filed a response. We have reviewed coun-
sel's brief and the relevant portions of the
record reflected therein. We concur with
counsel's assessment that the appeal pres-
ents no nonfrivolous issue for appellate
review. Accordingly, counsel's motion for
leave to withdraw is GRANTED, counsel

is excused from further responsibilities
herein, and the APPEAL IS DISMISSED.
*See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.